IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOBE E. LOGUE,

   Plaintiff,

vs.

NANCY A. BERRYHILL,

   Defendant.

Civil No. 17-cv-390-JPG-CJP

## **JUDGMENT IN A CIVIL CASE**

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, this action is dismissed without prejudice.

**DATED:** **February 28, 2018**

          **JUSTINE FLANAGAN,**
          **Acting Clerk of Court**

          **BY: s/Tina Gray**
            **Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. Phil Gilbert**
**U.S. District Judge**